# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 27, 2017

## NO. 03-17-00069-CV

**Lori Owens f/k/a Lori Fain, Appellant**

**v.**

**Carlene Marie Georgen and Mark Robin Georgen, Appellees**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from an order signed by the trial court on January 11, 2017. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.